# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SCOTTSDALE INDEMNITY COMPANY** as subrogee of Michael and Regina Albert<br><br>Plaintiff,<br><br>v.<br><br>**MARLEY ENGINEERED PRODUCTS, LLC**<br><br>Defendant and Third-Party Plaintiff,<br><br>v.<br><br>**HANGZHOU KAWAI ELECTRIC CO. LTD.**<br><br>Third-Party Defendant | Civil Action No.: 1:22-cv-0018-SRF<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Scottsdale Indemnity Company, Defendant, Marley Engineered Products, LLC and Third Party Defendant Hangzhou Kawai Electric Co., Ltd., by their undersigned counsel, hereby stipulate and agree that the above matter shall be dismissed with prejudice as to all parties and all claims. Each party will bear its own costs.

[signatures on next page]

Dated: October 18, 2023

COZEN O'CONNOR

/s/ Kaan Ekiner
Kaan Ekiner, Esquire
1201 N. Market Street, Ste. 1001
Wilmington, DE 19801
Kekiner@cozen.com
Tel: (302) 295-2046
Attorney for Plaintiff

K&L GATES LLP

/s/ Megan E. O'Connor
Steven L. Caponi, Esq.
Matthew B. Goeller, Esq.
Megan E. O'Connor, Esq.
60 N. King Street, Suite 901
Wilmington, DE 19801
(302) 416-7000
Steven.caponi@klgates.com
Matthew.goeller@klgates.com
Megan.oconnor@klgates.com
Attorneys for Defendant/Third-Party Plaintiff

WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP

/s/ Kristen S. Swift
Kristen S. Swift, Esq.
2 Penns Way, Suite 300
New Castle, DE 19720
(302) 221-3298
KSwift@wglaw.com
Attorney for Third Party Defendant

IT IS SO ORDERED, this 19th day of October, 2023.

_____
The Honorable Sherry R. Fallon